UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-61025-MC-WILLIAMS

In Re *Christopher Prather*
_____/

### ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation (DE 18) ("***Report***") on the Proposed Intervenors' Motion to Intervene (DE 12) ("***Motion***"). In the Report, Judge Valle recommends that the Motion be denied as moot, the case be closed, and the merits of the underlying issues be addressed in the related case, *In re Delta Air Lines, Inc.*, No. 23-MC-60617-KMW. No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Valle's Report (DE 18) is **AFFIRMED AND ADOPTED**.
2. The Proposed Intervenors' Motion to Intervene (DE 12) is **DENIED AS MOOT**.
3. The Clerk is directed to **CLOSE** this case. All case deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>7th</u> day of June, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE